UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RECEIVED
U.S. ATTORNEY
AUG 9  3 38 PM '04

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br><br>v.<br><br>LUC F. JOSEPH,<br>　　　　Defendant. | )<br>)<br>)<br>)　Case No. 04-10885-PBS<br>)<br>)<br>) |

## STIPULATION FOR DISMISSAL

The plaintiff, United States of America, and the defendant, Luc F. Joseph, stipulate that the above captioned action is to be dismissed with costs and fees borne by each party.

For the plaintiff:

　　　　　　　　　　　　　　　　　　UNITED STATES OF AMERICA
　　　　　　　　　　　　　　　　　　By its attorneys

　　　　　　　　　　　　　　　　　　MICHAEL J. SULLIVAN
　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　By:　*[signature]*
　　　　　　　　　　　　　　　　　　CHRISTOPHER R. DONATO
　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney
　　　　　　　　　　　　　　　　　　1 Courthouse Way, Suite 9200
　　　　　　　　　　　　　　　　　　Boston, MA 02210

Dated: July 29, 2004


For the defendant:

　　　　　　　　　　　　　　　　　　*[signature]*
　　　　　　　　　　　　　　　　　　LUC F. JOSEPH
　　　　　　　　　　　　　　　　　　Pro se

Dated: 8/6/04